## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAIN MICHAEL NICKENS (#191596)** | **CIVIL ACTION** |
| **VERSUS** | |
| **ASCENSION PARISH SHERIFF'S OFFICE, ET AL.** | **NO. 14-0543-JWD-RLB** |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on December 16, 2014.

                                                                RICHARD L. BOURGEOIS, JR.
                                                                UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAIN MICHAEL NICKENS (#191596)                          CIVIL ACTION

VERSUS

ASCENSION PARISH SHERIFF'S OFFICE, ET AL.         NO. 14-0543-JWD-RLB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to Order dated September 5, 2014 (R. Doc. 6), the plaintiff was directed to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $ 14.23, "or this action shall be dismissed." The referenced Order explicitly advised the plaintiff that it was his responsibility to pay the initial partial filing fee and that "the prison will **NOT** forward payment of the initial partial filing fee without the plaintiff's written authorization." *Id.* (Emphasis in original). Upon the plaintiff's failure to comply with the Court's directive, the Court entered a second Order on October 24, 2014 (R. Doc. 7), directing the plaintiff to appear and show cause, in writing, within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial fee. The Court's Order further directed the plaintiff to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing and savings accounts for the months of September and October, 2014, including deposits into, withdrawals from, and balances in these accounts. *Id.* The referenced Order further advised the plaintiff that documentation which did not include the relevant information would not be considered responsive to the Order. *Id.* Finally, the Court's Order advised the plaintiff that, in the event that he failed to provide the requested documentation or in the event that the Court was able to determine from the plaintiff's records that he had possessed in his inmate accounts sums sufficient to make the required payment but had failed to do so, the

plaintiff's action would be dismissed without further notice for failure to pay the Court's initial partial filing fee. *Id.*

Despite notice and an opportunity to comply, the plaintiff has failed to respond to the Court's Order and has failed to provide any explanation for his failure to pay the initial partial filing fee as ordered by the Court. Nor has the plaintiff provided documentation reflecting the activity in his inmate accounts during the months of September and October, 2014. Accordingly, the plaintiff's action should be dismissed because of his failure to pay the initial partial filing fee ordered by the Court and because of his failure to provide any information or documentation supporting or justifying his failure to do so.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed, without prejudice, as a result of the plaintiff's failure to pay the initial partial filing fee ordered by the Court.

Signed in Baton Rouge, Louisiana, on December 16, 2014.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**