UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAIN MICHAEL NICKENS (#191596)

VERSUS

ASCENSION PARISH SHERIFF'S OFFICE, ET AL.

CIVIL ACTION

NO. 14-0543-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated December 16, 2014, to which no objection was filed:

**IT IS ORDERED** that the above-captioned proceeding is dismissed, without prejudice, as a result of the plaintiff's failure to pay the initial partial filing fee ordered by the Court.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 5, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA